JOSEPH T. LANE et al., Appellants, *v.* JOSEPH H. PALEY, Respondent.

(Argued April 12, 1933; decided April 28, 1933.)

*George H. Bond* for appellants.
*William MacFarlane* for respondent.

No opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN and CROUCH, JJ. Dissenting: LEHMAN and KELLOGG, JJ. Not sitting: HUBBS, J.